UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE CHURCHILL SHOVE, SR., | No. 2:24-cv-01741-DAD-EFB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE COMPLAINT WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND, AND TERMINATING ALL PENDING MOTIONS |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (Doc. Nos. 8, 9, 10, 13, 16) |

Plaintiff Theodore Churchill Shove, Sr., a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2025, the assigned magistrate judge screened plaintiff's complaint filed in this civil rights action and issued findings and recommendations recommending that it be dismissed without leave to amend and that all pending motions in this action be terminated. (Doc. No. 13.) Specifically, the magistrate judge concluded that in his complaint plaintiff challenges various aspects of his underlying murder conviction and death sentence imposed in state court and seeks expungement of that conviction and his release from confinement. (*Id*. at 3.) Because success on his claims would invalidate his conviction, the magistrate judge found that to

/////

1

proceed with this civil rights action plaintiff was required to show that his underlying conviction had been invalidated and this he could not do. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) No objections to the findings and recommendations have been filed and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The January 27, 2025 findings and recommendations (Doc. No. 13) are ADOPTED in full;

2. Plaintiff's complaint is DISMISSED without leave to amend and without prejudice to the filing of a petition for federal habeas relief, if such a petition is not otherwise barred;

3. All of plaintiff's motions pending in this case (Doc. Nos. 8, 9, 10, 16) are hereby TERMINATED in light of this order of dismissal; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **February 27, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Although no objections to the pending findings and recommendations have been filed, on February 10, 2025, the court received a document from plaintiff consisting of his eight handwritten pages and ten pages of attachments. (Doc. No. 16.) The document is styled both as a request for judicial notice and, possibly, as a motion for clarification. (*Id.*) In any event, the court cannot decipher the document or determine what it is that plaintiff is attempting to request by its filing. Moreover, it clearly appears that the filing is not an objection to the pending findings and recommendations.